ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

*Rw*

TYRICKUS B. GLADMON,                    :
                                         :
              Plaintiff,                 :
                                         :
       vs.                               :        CIVIL ACTION NO.: CV605-074
                                         :
GLENN RICH, Warden;                      :
R. D. COLLINS, Deputy Warden;            :
Lt. BYRD; Sgt. JASON D. BURNS;           :
Officer SIMMONS, and JOHN DOE,           :
                                         :
              Defendants.                :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections and a Motion to Extend Time for Discovery and Response to Motion for Summary Judgment have been filed. Plaintiff seeks to stay the proceedings until thirty (30) days after the United States District Court for the Northern District of Georgia enters its decision in the case of Graham v. Rich. Plaintiff filed the instant cause of action in this Court. Plaintiff's Motion is **DENIED**.

In his Objections, Plaintiff asserts that he was not required to exhaust administrative remedies because the grievance procedure was not practically available to him. As noted by the Magistrate Judge, Plaintiff's assertion in this regard overlooks the fact that he failed to file an emergency grievance or that he attempted to show good cause to excuse the untimely filing of a grievance concerning events at Rogers State Prison after he was transferred to another facility. The remaining portions of Plaintiff's Objections speak to the

AO 72A
(Rev. 8/82)

merits of his case. Plaintiff is procedurally barred from bringing his claims at this time, and thus, the Court will not entertain the merits of Plaintiff's Complaint.

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's claims against Defendants Officer Simmons, R. D. Collins, Glenn Rich, and Jason D. Burns are **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his available administrative remedies prior to filing his Complaint. Plaintiff's claims against Lt. Byrd and John Doe remain pending at this time.

**SO ORDERED**, this _22_ day of _June_____, 2006.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2